IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FREDDIE HAYNES                                                                                      PLAINTIFF

v.                              CASE NO. 4:10CV00907 JTK

MICHAEL J. ASTRUE, *Commissioner*,
Social Security Administration                                                          DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 1st day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE